4:22-cv-00115-DPM-JTK

Jan 31, 2022

Your Honor,

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Kearney**

My Name is Danielle West My ID# is 014333 And I am an inmate in The Saline County Jail. I was here last year in Jan of 2021, Again in July 2021 Then This Time I was booked in 12-2-21. I Have <u>Never</u> been Quarantined when booked in or Tested for Covid-19. The women do Not even have any place to be properly Quarantined. We are now Housed in J-Pod which is an open Pod And it's The <u>ONLY</u> pod for women. We Are denied Face Masks when we ask for them. Medical says They do Not provide Them. I Have sent sick Calls Asking for Them I've also written a grievance about the Face Masks and Quarantine procedures on 1-11-22 And as of today 1-31-22 I Have yet to get a Response on that.

I tested positive for Covid-19 the last time I was here because Saline County does not Quarantine upon Arrival. This was in July of 2021.

Three women tested positive for Covid-19 today and there is NO other place to house them so they are in the pod with the others who do not have it yet including me.

I'm starting to have shortness of breath and I do have asthma & I'm perscribed an inhaler by a dr but am not allowed to have it on person and it takes so long for the officers to bring my inhailer. If I ask for a Covid Test then I'm charged $10.00 for sick call and $5.00 for meds which is only musinex, zinc & vitamine C. Also the air does not circulate properly in this pod. There are alot of times when there is No air at all.

Thank you

Danielle West

Danielle West
735 S. Neely
Benton, AR
72015



LITTLE ROCK AR 720
1 FEB 2022 PM 3 L

United States District Co
 c/o Judge Kearney
Suite A-149
Little Rock, AR 72201