IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIELLE WEST                                                                    PLAINTIFF
#014333

v.                                    No. 4:22-cv-115-DPM

DOES                                                                             DEFENDANT

## ORDER

West hasn't updated her address with the Clerk; and the time to do so has passed. *Doc. 7.* Her complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2022