IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIELLE WEST                                                                PLAINTIFF
#014333

v.                           No. 4:22-cv-115-DPM

DOES                                                                         DEFENDANT

## JUDGMENT

West's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2023